**FILED**

NOV 0 1 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-MJ-188-EFB |
|---|---|
| Plaintiff, | SEALING ORDER |
| v. | |
| EMMANUEL SNOWDEN, | **UNDER SEAL** |
| Defendant. | |

### ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

Dated: 11-1-2019

Hon. EDMUND F. BRENNAN
United States Magistrate Judge