PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-MJ-188-JDP |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DISMISSING COMPLAINT AS TO EMMANUEL SNOWDEN AND RECALLING ARREST WARRANT |
| v. | |
| EMMANUEL SNOWDEN, | |
| Defendant. | |

**ORDER**

The United States has moved to dismiss the complaint against Emmanuel Snowden, filed November 1, 2019. The Court, having reviewed the motion, finds that the motion is made in good faith. Accordingly, the Court hereby orders that the complaint against Emmanuel Snowden is dismissed without prejudice.

SO ORDERED.

Dated: October 18, 2022

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge

1

[PROPOSED] ORDER DISMISSING COMPLAINT AS TO EMMANUEL SNOWDEN