UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| FILED |
| --- |
| October 19, 2022 |
| CLERK, US DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EMMANUEL SNOWDEN,

    Defendant.

Case No. 2:19-mj-00188-JDP

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __EMMANUEL SNOWDEN__, Case No. __2:19-mj-00188-JDP__, Charge __18 U.S.C. § 922(g)__, from custody for the following reasons:

__X__  Release on Personal Recognizance

_____  Bail Posted in the Sum of $ _____

_____  Unsecured Appearance Bond $ _____

_____  Appearance Bond with 10% Deposit

_____  Appearance Bond with Surety

_____  Corporate Surety Bail Bond

_____  (Other):

Sacramento County Jail is further ORDERED to release the defendant with a __X__ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on October 19, 2022 at 8:47 a.m.

_/s/ Jeremy D. Peterson_
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE